IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE ODELL PARKER, #162167, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:12cv233-WHA |
| ) | |
| RAYMOND JAMES HAWTHORNE, ) | (WO) |
| ) | |
|     Defendants. ) | |

**ORDER AND OPINION**

On March 26, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 9). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

    1.    To the extent the plaintiff seeks relief under 42 U.S.C. § 1983, the claims are DISMISSED pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I).

    2.    The plaintiff's pendent state law claims are DISMISSED as the court deems it inappropriate to exercise supplemental jurisdiction over these claims.

    3.    This case is summarily DISMISSED.

Done this the 19th day of April, 2012.


                                        /s/ W. Harold Albritton
                                        SENIOR UNITED STATES DISTRICT JUDGE